**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David Lee HARRIS, Defendant– Appellant.**

**No. 05–12108 Non–Argument Calendar. D.C. Docket No. 04–00052– CR–FTM–29–SPC.**

United States Court of Appeals, Eleventh Circuit.

Dec. 8, 2005.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff-Appellee.

Thomas H. Ostrander, Abradenton, FL, for Defendant–Appellant.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for David Lee Harris in this direct criminal appeal, has filed a motion to withdraw, accompanied by a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED and appellant's conviction and sentence are AFFIRMED.